IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARC M., on behalf of his minor son, AIDAN M., ) ) ) Plaintiff, ) ) vs. ) ) DEPARTMENT OF EDUCATION, ) STATE OF HAWAII, ) ) Defendant. ) _____ ) | CIVIL 10-00195-DAE-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 26, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND

COSTS," docket entry no. 40, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 15, 2011.



                                                    _____
David Alan Ezra
United States District Judge

Marc M. vs. Department of Education, Civil No. 10-00195 DAE-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION